```
             IN THE UNITED STATES DISTRICT COURT
             FOR THE MIDDLE DISTRICT OF GEORGIA
                        ATHENS DIVISION
```

JEFFREY L. HICKS,                *

    Plaintiff,              *

vs.                              *
                                CASE NO. 3:11-CV-94 (CDL)
BOARD OF REGENTS OF THE          *
UNIVERSITY SYSTEM OF GEORGIA,
and UNIVERSITY OF GEORGIA,       *

    Defendants.             *

O R D E R

Plaintiff Jeffrey Hicks ("Hicks"), proceeding *pro se*, filed this action against Defendants Board of Regents of the University System of Georgia and the University of Georgia (collectively, "Board") for race discrimination. Presently pending before the Court is the Board's Motion to Compel Discovery and Motion to Extend the Discovery Period (ECF No. 17), pursuant to Federal Rule of Civil Procedure 37. For the following reasons, the motion is granted.

DISCUSSION

The Board served Hicks with its first request for production of documents and its first set of interrogatories on April 10, 2012. Def.'s Mot. to Compel Disc. & to Extend the Disc. Period Correspondingly [hereinafter Mot. to Compel] Ex. A, Def.'s 1st Reqs. for the Produc. of Docs., ECF No. 17-2 at 10;

Def.'s Mot. to Compel Ex. B, Def.'s 1st Interrogs., ECF No. 17-3 at 11. After receiving no response from Hicks to either its document request or its interrogatories, the Board attempted to contact Hicks by letter and by email to notify him of his obligation to respond to its discovery requests. Def.'s Mot. to Compel Ex. C, Letter from C. McGraw to J. Hicks (May 29, 2012), ECF No. 17-4; Def.'s Mot. to Compel Ex. D, Email from C. McGraw to J. Hicks (June 11, 2012), ECF No. 17-5. Hicks, however, has failed to provide the Board with responses to its document request or its interrogatories.

In light of Hicks's failure to respond to the Board's discovery requests, the Court grants the Board's motion to compel discovery responses pursuant to Federal Rule of Civil Procedure 37. *See* Fed. R. Civ. P. 37(a)(3)(B)(iii)-(iv) (providing that a party seeking discovery may move for an order compelling an answer or production if a party fails to answer an interrogatory submitted under Rule 33 or fails to respond that inspection will be permitted as requested under Rule 34). Accordingly, Hicks shall provide full and complete responses to the Board's first request for production of documents and first interrogatories by August 14, 2012. Failure to do so could result in the dismissal of Hicks's Complaint. The Court grants the Board's motion to extend the discovery period and the deadline for filing dispositive motions. Discovery shall be

completed by September 27, 2012, and dispositive motions shall be filed by November 15, 2012.

CONCLUSION

Based on the foregoing, the Board's Motion to Compel Discovery and Motion to Extend the Discovery Period (ECF No. 17) is granted.

IT IS SO ORDERED, this 27th day of July, 2012.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE

3